```
                         United States Bankruptcy Court
                          Northern District of Alabama
In re:                                                          Case No. 18-81393-CRJ
Christopher M Dennis                                            Chapter 13
Shandy R Dennis
        Debtors                   CERTIFICATE OF NOTICE
District/off: 1126-8          User: kvernetti             Page 1 of 2            Date Rcvd: Aug 27, 2018
                              Form ID: pdfcfm             Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2018.
```
db             +Christopher M Dennis,    1302 Barnes Street,    Tuscumbia, AL 35674-4364
jdb           #+Shandy R Dennis,    1302 Barnes Street,    Tuscumbia, AL 35674-4364
cr             +Listerhill Credit Union,    c/o C. Howard Grisham, Atty,    Post Office Box 5585,
                 Huntsville, AL 35814-5585
9726837        +CREDIT BUREAU,    550 GREENSBORO AVE,    TUSCALOOSA AL 35401-1547
9726819        +EQUIFAX INFORMATION SERVICES, LLC,     PO BOX 740256,    ATLANTA GA 30374-0256
9726818        +EXPERIAN,    PO BOX 2002,    ALLEN TX 75013-2002
9726828        +FIRST METRO BANK,    406 W AVALON AVE,    MUSCLE SHOALS AL 35661-2808
9726822        +FIRST METRO BANK,    301 N MAIN STREET,    TUSCUMBIA AL 35674-2044
9726838        +IC SYSTEM,    PO BOX 64378,    ST PAUL MN 55164-0378
9726830        +LISTERHILL CREDIT UNION,    PO BOX 566,    SHEFFIELD AL 35660-0566
9737109        +Listerhill Credit Union,    c/o C. Howard Grisham,    P.O. Box 5585,    Huntsville, AL 35814-5585
9726831        +MY LOAN SITE,    PO BOX 188,    FORT THOMPSON SD 57339-0188
9726841       ++SMITH ROUCHON AND ASSOC,    1110 BRADSHAW DR,    FLORENCE AL 35630-1438
                (address filed with court:   SMITH ROUCHON & ASSOC,     201 N PINE STREET SUITE 14,
                 FLORENCE AL 35630)
9726835        +TENNESSEE VALLEY CARDIOVASCULAR CENTER,     541 W COLLEGE STREET SUITE 1100,
                 FLORENCE AL 35630-5320
9726820        +TRANSUNION,    PO BOX 2000,    CHESTER PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
9726823         E-mail/Text: g17768@att.com Aug 28 2018 02:46:33      AT&T,    PO BOX 105503,
                 ATLANTA GA 30348-5503
9785748         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2018 02:59:43
                 Ashley Funding Services, LLC its successors and,     assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
9726824        +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 03:00:00      CARE CREDIT,    PO BOX 965036,
                 ORLANDO FL 32896-5036
9726821        +Fax: 602-659-2196 Aug 28 2018 04:39:19      CHEXSYSTEMS,    ATTN: CONSUMER RELATIONS,
                 7805 HUDSON ROAD, SUITE 100,    WOODBURY MN 55125-1703
9726825        +E-mail/Text: cenbsr_bankruptcy@cable.comcast.com Aug 28 2018 02:50:00       COMCAST,
                 502 S COURT STREET,    FLORENCE AL 35630-5679
9768620        +E-mail/Text: rjdenson@chgroup.org Aug 28 2018 02:49:42      Coffee Health Group (ECM),
                 P.O. Box 10005,    Florence, AL 35631-2005
9726826         E-mail/Text: mrdiscen@discover.com Aug 28 2018 02:46:30      DISCOVER,    PO BOX 15316,
                 WILMINGTON DE 19850-5316
9731821         E-mail/Text: mrdiscen@discover.com Aug 28 2018 02:46:30      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
9726827        +E-mail/Text: rjdenson@chgroup.org Aug 28 2018 02:49:42      ECM,    PO BOX 10005,
                 FLORENCE AL 35631-2005
9726829        +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 02:59:19      JCPENNEY,    PO BOX 965007,
                 ORLANDO FL 32896-5007
9726839        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 28 2018 02:48:09      MIDLAND FUNDING,
                 2365 NORTHSIDE DR SUITE I,    SAN DIEGO CA 92108-2709
9767792        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 28 2018 02:48:09      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
9726840         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 02:59:27
                 PORTFOLIO RECOVERY,    RIVERSIDE COMMERCE CENTER,     120 CORPORATE BLVD STE 100,
                 NORFOLK VA 23502-4962
9726833        +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 02:59:59      SYNCHRONY BANK,    PO BOX 965024,
                 ORLANDO FL 32896-5024
9726834        +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 02:59:19      SYNCRHONY BANK,    PO BOX 965036,
                 ORLANDO FL 32896-5036
9781575         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2018 02:59:47       Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK   73124-8838
9726836        +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 02:59:19      WALMART,    PO BOX 965024,
                 ORANDO FL 32896-5024
                                                                                               TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9726832          NOTICE TO ALL CREDITORS
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2018 at the address(es) listed below:

    Jeffrey L Cook    on behalf of Creditor    Listerhill Credit Union jcook7117@yahoo.com
    Michele T. Hatcher    ecf@ch13decatur.com, michele.hatcher@ch13decatur.com
    Nicholas Howell Gajewski    on behalf of Debtor Christopher M Dennis ngajewski@bondnbotes.com, gmcnutt@bondnbotes.com,twillis@bondnbotes.com,florencemail@bondnbotes.com, tmccalpin@bondnbotes.com,jaday@bondnbotes.com,aarmstrong@bondnbotes.com
    Nicholas Howell Gajewski    on behalf of Joint Debtor Shandy R Dennis ngajewski@bondnbotes.com, gmcnutt@bondnbotes.com,twillis@bondnbotes.com,florencemail@bondnbotes.com, tmccalpin@bondnbotes.com,jaday@bondnbotes.com,aarmstrong@bondnbotes.com

                                                                                                                  TOTAL: 4

| | |
|---|---|
| IN RE:<br>Christopher M. Dennis<br>Shandy R. Dennis<br>SSN: XXX-XX-0878<br>    XXX-XX-5327<br>    DEBTORS | ) <br>) CASE NO. **18-81393**-CRJ-13<br>) <br>) CHAPTER 13<br>) |

## CONFIRMATION ORDER

The Debtors' plan was filed on **July 2, 2018**. The Court finds that the plan (or amended plan if applicable) meets the requirements of 11 U.S.C. § 1325.

**IT IS THEREFORE ORDERED THAT:** The Debtors' Chapter 13 plan is confirmed, with the following provisions:

(1**)** **Plan Payments** – The Debtors shall pay **$565.00 MONTHLY FOR 60 MONTHS** to Michele T. Hatcher, the Chapter 13 Trustee. This is a **60 month EXTENSION** plan.

(2) **Claims** – To be paid in this case, a creditor must file a proper proof of claim with this Court. The Trustee shall pay the rate of interest stated on the Plan for each allowed secured claim, unless otherwise ordered. The Trustee shall pay the extent of each secured claim as follows:

- THE CLAIM OF **LISTERHILL CREDIT UNION** SHALL BE DEEMED A FULLY SECURED CLAIM AND SHALL BE PAID MONTHLY INSTALLMENTS OF **$505.00** UNTIL SAID CLAIM IS PAID IN FULL.

(3) **Attorney Fee** – The Debtor's attorney is awarded a fee of **$3,500.00** of which **$45.00** has been paid.

(4) **Payments by the Trustee** – From the plan payments received, the Trustee shall pay allowed claims against the Estate in accordance with Administrative Order No. 17-05.

**Special Provisions:**

- CLAIMS DISTRIBUTION WILL BE SUBJECT TO MODIFICATION AFTER BAR DATE REVIEW.

(5) **Child Support and Alimony** – Debtors shall pay all current child support and/or alimony payments which become due during the life of this plan. All stays provided for by the Bankruptcy Court or orders of this Court which would prohibit the filing of a wage withholding order against the Debtor to force payment of current child support or alimony are hereby vacated.

(6) **Property of the Estate** – Notwithstanding any contrary provision in the plan, "[T]he plan upon confirmation returns so much of that property to the debtor's control as is not necessary to the fulfillment of the plan." *In re Telfair,* 216 F.3d 1333 (11th Cir. 2000) (quoting *In re Heath*, 115 F.3d at 524 (7th Cir. 1997)).

(7) **Dismissal –** If this case is dismissed, any monies received prior to the order of dismissal shall be distributed according to the confirmed plan.

Dated this the 27th day of August, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge