# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

IN RE:

    Christopher M Dennis

    Shandy R Dennis

SS#:  XXX-XX-0878  XXX-XX-5327

         DEBTORS

CASE NO. 18-81393-CRJ-13

CHAPTER 13

## TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW, Michele T. Hatcher, the Chapter 13 Trustee in the above styled case, and moves this Court to modify  Debtors' Plan confirmed August 27, 2018; and as grounds therefore, the Trustee would show unto the Court as follows:

1. The Debtors' Chapter 13 plan presently calls for payments of $565.00 monthly to the Chapter 13 Trustee.

2. The Debtors are in material default with respect to the terms of the Chapter 13 Plan.  The total delinquency is $1,518.20 through November 2020.

3. In order for the Plan to complete as confirmed, the Trustee proposes to increase the Chapter 13 Plan payments to the amount of  $565.00 monthly  beginning in January 2021 for the remaining 29 months of the Plan to cure the default.

4. The Trustee shall monitor the Debtors' Plan payments for a term of three months, beginning January 2021 through March 2021, time being of the essence.  If the Debtors fail to make a Plan payment to the Trustee in any of these months, this Chapter 13 case may be dismissed on the motion of the Trustee, without notice or hearing.

WHEREFORE, the Trustee moves for an order modifying the Plan pursuant to 11 U.S.C. § 1329 and Rule 3015(h) to increase the Chapter 13 Plan payments to the amount of  $565.00 monthly, beginning January 2021 for the remaining 29 months of the Plan. The Trustee shall monitor plan payments for a term of three months beginning January 2021 through March 2021 with time being of the essence.  If the plan payments are not made to the Trustee in any of these months, this Chapter 13 case may be dismissed on the motion of the Trustee, without notice or hearing. Other provisions:  All other provisions to remain the same.

RESPECTFULLY SUBMITTED, this the 3rd day of December, 2020.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE U. S. BANKRUPTCY COURT AND A COPY SERVED ON THE CHAPTER 13 STANDING TRUSTEE WITHIN TWENTY-ONE (21) DAYS FROM DATE OF SERVICE HEREOF. THIS MOTION WILL BE GRANTED UNLESS AN OBJECTION IS FILED WITHIN TWENTY-ONE (21) DAYS.

/s/ Michele T. Hatcher
MICHELE T. HATCHER, TRUSTEE
P.O. BOX 2388
DECATUR, AL  35602-2388
(256)350-0442

## CERTIFICATE OF SERVICE

I hereby certify that on 3rd day of December, 2020, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Christopher M Dennis
Shandy R Dennis
1302 BARNES STREET
TUSCUMBIA, AL  35674

BOND BOTES SYKSTUS TANNER & MCNUTT
102 S COURT STREET STE 314
FLORENCE, AL  35630

This the 3rd day of December, 2020.

/s/ Michele T. Hatcher

Michele T. Hatcher, Trustee