IN THE MATTER OF: )
Christopher M Dennis )
Shandy R. Dennis ) CASE NO. 18-81393-CRJ-13
SSN: XXX-XX-0878 )
    XXX-XX-5327 ) CHAPTER 13
        DEBTORS )

## TRUSTEE'S MOTION TO DISMISS

COMES NOW, Michele T. Hatcher, the Trustee in the above styled case, and states:

1. The Debtors have failed to continue plan payments.

2. The Debtors are delinquent $565 in plan payments through April, 2021. The last payment received from the Debtors was April 2, 2021.

3. Counsel for the Debtors was awarded a fee in the amount of $3,500 of which $3,500 has been paid as of the date of this Motion.

WHEREFORE, the Trustee moves that the subject case be dismissed.

Done this 25th day of May, 2021.

/s/ Michele T. Hatcher
Michele T. Hatcher, Trustee
PO Box 2388
Decatur, AL 35602
(256) 350-0442

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2021, I have served a copy or the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

| | |
|---|---|
| Christopher and Shandy Dennis | Bond Botes Sykstus Tanner & McNutt |
| 1302 Barnes Street | Debtors' attorney |
| Tuscumbia, AL. 35674 | 102 S. Court Street, Ste. 314 |
| | Florence, AL. 35630 |
| | (Served electronically) |

/s/ Michele T. Hatcher
Trustee