UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Christopher M. Dennis | ) | CASE NO. 18-81393-CRJ-13 |
| Shandy R. Dennis | ) | |
| | ) | |
| SSN: XXX-XX-0878 | ) | |
|      XXX-XX-5327 | ) | CHAPTER 13 |
| | ) | |
|      DEBTORS | ) | |

## ORDER ON TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

This case came before the Court on July 7, 2021 upon the Motion to Dismiss filed by the Trustee, and by agreement of the parties it is hereby ORDERED, ADJUDGED and DECREED that the Trustee's Motion to Dismiss is DENIED, conditioned on the following:

1. The Debtors' Plan payments shall resume in the amount of $565 monthly beginning July 2021.

2. Beginning July 2021, the Debtors shall be placed on a three (3) month monitoring period, time being of the essence, wherein if Plan payments are not made within the month in which they are due, the Trustee may obtain an order of dismissal without further notice.

Dated this the 8th day of July, 2021.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Order prepared by:
Rowlett Sneed, Staff Attorney for Trustee