IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Christopher M Dennis, | ) | Case No. 18-81393-CRJ13 |
| Shandy R Dennis, | ) | |
| | ) | |
| Debtor(s). | ) | Chapter 13 |

BANKRUPTCY ADMINISTRATOR'S RECOMMENDATION ON THE DEBTORS'
APPLICATION TO EMPLOY SPECIAL COUNSEL AND APPLICATION FOR
COMPENSATION OF SPECIAL COUNSEL

COMES NOW the United States Bankruptcy Administrator for the Northern District of Alabama, by and through the undersigned counsel of record, and regarding the applications to employ and compensate special counsel states as follows:

1. The Bankruptcy Administrator has reviewed the Debtors' application to amended employ Preston D. Miller of KING SIMMONS, P.C. , (**Doc. 66**), and application for compensation of Preston D. Miller of KING SIMMONS, P.C. (**Doc. 67**) as special counsel to pursue a workers compensation case.

2. The Applicant seeks to be employed at contingency fee of 15%, which is reasonable for the type of case for which the employment is sought.

3. The Applicant has affirmed that no agreement for sharing compensation exists outside of his law firm as required by 11 U.S.C. § 504 and Bankruptcy Rule 2016 (a).

WHEREFORE, the premises considered, the Bankruptcy Administrator recommends that the applications be approved.

Respectfully submitted March 8, 2022.

                                                          J. THOMAS CORBETT
                                                          United States Bankruptcy Administrator for the
                                                          Northern District of Alabama
                                                          /s/ Richard M. Blythe
                                                          Richard M. Blythe
                                                          Assistant U.S. Bankruptcy Administrator
                                                          Alabama Bar ID: ASB-3199-B52R

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
P.O. Box 3045
400 Well Street NE. Room 236
Decatur, Alabama 35602
(256) 340-2740

## CERTIFICATE OF SERVICE

      I hereby certify that on March 8, 2022, I have served a copy if the foregoing on the parties listed below by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U.S. Mail, postage prepaid.

Michele T. Hatcher, Esq., Trustee, Via CM/ECF electronic service

Nicholas Howell Gajewski, Esq., Attorney for the Debtor, Via CM/ECF electronic service

Lawrence T King, Esq., KING SIMMONS, P.C., Proposed Special Counsel for the Debtor, Via CM/ECF electronic service

                                                             /s/Richard M. Blythe
                                                             Richard M. Blythe