IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:                                           CASE NO. 18-81393-CRJ-13

CHAPTER 13 CASE

**CHRISTOPHER M DENNIS,**
**SHANDY R DENNIS,**

    Debtor(s).

## ORDER ON MOTION FOR APPROVAL OF SETTLEMENT

This case came before the Court on March 14, 2022 upon the Debtors' Motion to Approve Settlement (Doc. 69) of a workers' compensation claim. Proper notice of the hearing was given, and appearances were made as noted on the record.

The Court considered the Motion and it is therefore ORDERED, ADJUDGED and DECREED that the Motion to Approve Settlement of the workers' compensation action in the amount of $5,000 is APPROVED.

Special Counsel King Simmons, P.C. shall distribute the proceeds as follows: Attorney fees to Preston D. Miller in the amount of $750.00, plus $0.00 in expenses and the remaining balance in the amount of $4,250.00 to Debtor, Shandy R. Dennis, as exempt.

Dated this the 13th day of April, 2022.

                                                         /s/ Clifton R. Jessup, Jr.
                                                         Clifton R. Jessup, Jr.
                                                         United States Bankruptcy Judge

Order Prepared By:
Preston D. Miller, Esq.
Approved By:
Michele T. Hatcher, Chapter 13 Trustee
Nicholas H. Gajewski, Debtors' Counsel
Richard Blythe, Bankruptcy Administrator